**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1153**

_____

In Re:  NORRIS G. DILLAHUNT,

                                                        Petitioner.

_____

On Petition for Writ of Mandamus.

_____

Submitted:  February 14, 2003          Decided:  April 1, 2003

_____

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Norris G. Dillahunt, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Norris G. Dillahunt petitions for a writ of mandamus. He seeks an order compelling the City of New Bern to comply with federal policies. Dillahunt also seeks an injunction under Fed. R. App. P. 8.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. See In re First Fed. Sav. & Loan Assn., 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987).Mandamus may not be used as a substitute for appeal. See In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979).

With these standards in mind, we conclude mandamus is not appropriate for the relief Dillahunt seeks. Accordingly, we deny Dillahunt's motion for an injunction and his petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2